**EXHIBIT "1"**



Statement from:
Auster Acquisitions, LLC
2404 S Wolcott Ave
Chicago, IL 60608
(312) 829-6550   (312) 666-0095

008020
HZ TRADING INC
303 STATE STREET
CHICAGO HEIGHT, IL 60411

Outstanding Invoices as of 01/18/08

| Date | Invoice | Type | Reference | Charges | Credits | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 11/08/07 | A861557 | IV | | 4,462.50 | | 4,462.50 | 4,462.50 |
| 11/08/07 | A861562 | IV | | 884.50 | | 884.50 | 5,347.00 |
| 11/13/07 | A862987 | IV | | 3,574.00 | | 3,574.00 | 8,921.00 |
| 11/20/07 | A864945 | IV | | 4,423.00 | | 4,423.00 | 13,344.00 |
| 11/20/07 | A864946 | IV | | 6,686.00 | | 6,686.00 | 20,030.00 |
| 11/20/07 | A864959 | IV | | 39.00 | | 39.00 | 20,069.00 |
| 11/26/07 | A866078 | IV | | 3,132.00 | | 3,132.00 | 23,201.00 |
| 12/05/07 | A867871 | IV | | 2,510.00 | | 2,510.00 | 25,711.00 |
| 12/05/07 | A867872 | IV | | 50.00 | | 50.00 | 25,761.00 |
| 12/05/07 | A867874 | IV | | 2,980.00 | | 2,980.00 | 28,741.00 |
| 12/05/07 | A867875 | IV | | 610.00 | | 610.00 | 29,351.00 |
| 12/06/07 | A869356 | IV | | 900.00 | | 900.00 | 30,251.00 |

| Current | 15 - 21 | 22 - 28 | Over 28 days | Total Due |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | $30,251.00 |

PACA TRUST PROVISION: The perishable agricultural commodities listed on these invoices are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under these invoices, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

Phone: 312-829-6550  
Fax: 312-666-0095  
2404 S. Wolcott Ave., Units 32-33  
Chicago, IL 60608

**A861557**

SOLD TO _H-2_ 

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 408 553 | 140 | Napa | 12. | 168⁰⁰ |
| 622 | 8 | 6x6° Peeled Garlic | 31. | 248⁰⁰ |
| 622 | 28 | Green Onion | 20. | 560⁰⁰ |
| 622-224 | 224 | Cilantro Broccoli | 22. | 928⁰⁰ |
| 518 | 10 | 48ct Lemon | 14. | 140⁰⁰ |
| 032 | 10 | Ginger | 20. | 200⁰⁰ |
| 617 | 14 | Tendergreen Bok Choy | 18. | 252⁰⁰ |
| 239 | 28 | OPO | 13. | 364⁰⁰ |
| 444 | 150 | Yellow Onion | 7. | 1050⁰⁰ |

FOR RESALE ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

Phone: 312-829-0550
Fax: 312-666-0095

Chicago, IL 60608

A861562

01/8/07

SOLD TO _14 : Z_

ADDRESS

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 593 | 61 | Chanla Pepper | 14.50 | |
| | | | | 884.50 |
| | | Delivery | 1 | |

FOR RESALE ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

Phone: 312-829-0930
Fax: 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

11/15/07

A862987
SOLD TO __H. Z.__

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 677 | 15 | 6x5" Peeled Garlic | 30. | 450.- |
| 668 | 68 | Snow Pea | 12. | 816.- |
| 691 | 42 | Bean | 18. | 756.- |
| 693 | 56 | Choice Pepper | 16. | 896.- |
| 629 | 5 | Red Tomato | 18. | 90.- |
| 698 | 20 | 18's Lope | 13. | 240.- |
| 577 | 16 | Honeydew | 11. | 176.- |
| | | Asparagus | | 8 |
| | | | | 3574.- |

FOR RESALE ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from those commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**