**EXHIBIT "2"**



JACK TUCHTEN WHOLESALE PRODUCE, INC
2404 SOUTH WOLCOTT UNIT 31
Chicago, IL 60608

Telephone 312/226-4536

Bill To :   WEI SHENG

Page   1

| Statement Date | Account No. |
|---|---|
| 01/11/08 | WEI |

## STATEMENT

Of Outstanding Invoices and Payments,
Posted through 01/11/08

| Transaction Date | Invoice No. | Description | Amount | Received Amount | Received Date | Balance |
|---|---|---|---|---|---|---|
| 12/09/07 | 77305 | | 13860.00 | 4059.75 | 12/19/07 | 9800.25 |
| 12/12/07 | 78399 | | 660.00 | | | 660.00 |
| 12/12/07 | 78401 | | 453.75 | | | 453.75 |
| 12/12/07 | 78417 | | 1915.25 | | | 1915.25 |
| 12/12/07 | 78532 | | 463.50 | | | 463.50 |
| 12/14/07 | 78995 | | 2950.00 | | | 2950.00 |
| 12/14/07 | 79055 | | 422.50 | | | 422.50 |
| 12/18/07 | 80250 | | 2393.00 | | | 2393.00 |
| 12/18/07 | 80260 | | 505.00 | | | 505.00 |
| 12/18/07 | 80272 | | 12.00 | | | 12.00 |
| 12/18/07 | 80275 | | 6.00 | | | 6.00 |
| 12/21/07 | 81019 | | 705.00 | | | 705.00 |
| 12/21/07 | 81147 | | 3815.00 | | | 3815.00 |
| 12/24/07 | 82105 | | 2038.50 | | | 2038.50 |
| 12/24/07 | 82128 | | 210.00 | | | 210.00 |
| 12/24/07 | 82130 | | 51.00 | | | 51.00 |

| 0 - 10 | 11 - 17 | 18 - 30 | Over 30 | | | Total |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 16600.50 | 9800.25 | | | 26400.75 |

**TERMS: NET 10 DAYS**

Customer Original



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: TS
Date: 12/09/07
Invoice: 77305

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 1232 | | BROCCOLI CROWN, ASIAN CUT CLEAN CUT | 11.25 | 13860.00 |

HUANG.

12.08.07

Page    1 of 1                                            Total    13860.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



Salesmn: ZI

Date: 12/12/07

## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Invoice: 78399

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 60 | | PEPPER GREEN, CHOICE PACIFIC CO | 11.00 | 660.00 |

Page  1 of 1                                                             Total       660.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: TS
Date: 12/12/07
Invoice: 78401

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 37 | | MUSHROOM, 10# FOOD | 11.75 | 434.75 |
| 1 | | PEPPER, JALAPENO SUN RIPE | 19.00 | 19.00 |



Page    1 of 1                                   Total      453.75

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.