**FILED**
**JANUARY 24, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**08 C 548**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| The Auster Company, Inc., et al. | |
| v. | **JUDGE GRADY** |
| | **MAGISTRATE JUDGE MASON** |
| H.Z. Trading, Inc. a/t/a Wei Sheng Trading, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, The Auster Company, Inc. and Jack Tuchten Wholesale Produce, Inc.

| NAME (Type or print) |
|---|
| Mary Jean Fassett |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mary Jean Fassett |
| FIRM |
| McCarron & Diess |
| STREET ADDRESS |
| 4900 Massachusetts Ave., NW #310 |
| CITY/STATE/ZIP |
| Washington, DC 20016 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 9078552 | 202-364-0400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐