IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : | |
| Plaintiffs : | |
| v. : | Civil Action No:1:08-cv-00548 |
| : | J. Grady |
| H.Z. TRADING, INC. a/t/a : | Mag. Judge Mason |
| WEI SHENG TRADING, et al. : | |
| Defendants : | |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, The Auster Company, Inc., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated this 28th day of January, 2008     Respectfully submitted,


McCARRON & DIESS                LAW OFFICES OF WILLIAM B. KOHN

By:s/ Mary Jean Fassett          By:s/ William B. Kohn
  Mary Jean Fassett, ID#9078552     William B. Kohn, #6196142
  4900 Massachusetts Ave., N.W.     150 N. Wacker Drive
  Suite 18                          Suite 1400
  Washington, DC 20016              Chicago, Illinois 60606
  (202) 364-0400                    (312) 553-1200

                                  Attorneys for Plaintiffs