IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : | |
| Plaintiffs : | |
| v. : | Civil Action No:1:08-cv-00548 |
| : | J. Grady |
| H.Z. TRADING, INC. a/t/a : | Mag. Judge Mason |
| WEI SHENG TRADING, et al. : | |
| Defendants : | |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Jack Tuchten Wholesale Produce, Inc., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated this 28th day of January, 2008.        Respectfully submitted,


McCARRON & DIESS                LAW OFFICES OF WILLIAM B. KOHN

By:s/  Mary Jean Fassett             By:s/ William B. Kohn
    Mary Jean Fassett, ID#9078552         William B. Kohn, #6196142
    4900 Massachusetts Ave., N.W.         150 N. Wacker Drive
    Suite 18                              Suite 1400
    Washington, DC 20016                  Chicago, Illinois 60606
    (202) 364-0400                        (312) 553-1200

                                          Attorneys for Plaintiffs