IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No:1:08-cv-00548 |
| : | J. Grady |
| H.Z. TRADING, INC. a/t/a : | Mag. Judge Mason |
| WEI SHENG TRADING, et al. : | |
| : | |
| Defendants : | |

**MOTION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE**

Upon the verified affidavits of Mary Rojas and John Zhu of plaintiff, The Auster Company, Inc. and the verified affidavit of Dawn Arkin of plaintiff, Jack Tuchten Wholesale Produce, Inc., and the accompanying memorandum in support, plaintiffs, The Auster Company, Inc. and Jack Tuchten Wholesale Produce, Inc., move the Court to issue a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of H.Z. Trading, Inc. a/t/a Wei Sheng Trading, except for payment to plaintiffs of the aggregate amount of $56,651.75, pending either payment to plaintiffs' counsel by cashiers or certified check of $56,651.75 or a further hearing to be set within ten (10) days of the issuance of a Temporary Restraining Order.

Dated this 28th day of January, 2008.

| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
|---|---|
| By:s/ Mary Jean Fassett<br>    Mary Jean Fassett, ID#9078552<br>    4900 Massachusetts Ave., N.W.<br>    Suite 310<br>    Washington, DC 20016<br>    (202) 364-0400<br>    mjf@mccarronlaw.com | By: s/ William B. Kohn<br>    William B. Kohn, ARDC #6196142<br>    150 N. Wacker Drive<br>    Suite 1400<br>    Chicago, Illinois 60606<br>    (312) 553-1200<br>    kohn@wbkohnlaw.com |

Attorneys for Plaintiffs
The Auster Company, Inc.
Jack Tuchten Wholesale Produce, Inc.