IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No:1:08-cv-00548 |
| vi. : | J. Grady |
| H.Z. TRADING, INC. a/t/a : | Mag. Judge Mason |
| WEI SHENG TRADING, et al. : | |
| : | |
| Defendants : | |

**MOTION FOR PRELIMINARY INJUNCTION**

Upon the verified affidavits of Mary Rojas and John Zhu of plaintiff, The Auster Company, Inc., and Dawn Arkin, of plaintiff, Jack Tuchten Wholesale Produce, Inc., and the accompanying memorandum in support, The Auster Company, Inc. and Jack Tuchten Wholesale Produce, Inc., move the Court to issue a preliminary injunction order under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of H.Z. Trading, Inc. a/t/a Wei Sheng Trading, except for payment to plaintiffs, until there is full payment to plaintiffs of $56,651.00 pending the final outcome of this action.

Dated this 28th day of January, 2008.

| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
|---|---|
| By:s/ Mary Jean Fassett | By: s/ William B. Kohn |
| Mary Jean Fassett, ID#9078552 | William B. Kohn, ARDC #6196142 |
| 4900 Massachusetts Ave., N.W. | 150 N. Wacker Drive |
| Suite 310 | Suite 1400 |
| Washington, DC 20016 | Chicago, Illinois 60606 |
| (202) 364-0400 | (312) 553-1200 |
| mjf@mccarronlaw.com | kohn@wbkohnlaw.com |

Attorneys for Plaintiffs
The Auster Company, Inc.
Jack Tuchten Wholesale Produce Inc.

2