IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al.<br><br>　　　　　　Plaintiffs<br><br>v.<br><br>H.Z. TRADING, INC. a/t/a<br>WEI SHENG TRADING, et al.<br><br>　　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: Civil Action No: 08-548<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF JOHN ZHU IN SUPPORT OF
### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

John Zhu, being duly sworn, deposes and says:

1. I am a salesman for The Auster Company, Inc. ("Auster"), a Plaintiff in the above-referenced proceeding. Auster is located at 2404 S. Wolcott Avenue, Units 32-33, Chicago, Illinois 60608.

2. I make this Affidavit in Support of the Plaintiffs' Motions for Temporary Restraining Order and Preliminary Injunction.

3. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this affidavit.

4. Auster is in the business of shipping and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") throughout the wholesale, retail and food service markets. Auster is a produce dealer

subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a et. seq. (hereafter "PACA"). With specific reference to the perishable agricultural commodities that are the subject of the PACA trust claim of Auster against defendants, those commodities were grown, shipped and moved in or in anticipation of interstate commerce.

5. H.Z. Trading, Inc.. a/t/a Wei Sheng Trading ("HZ Trading"), purchased wholesale quantities of produce from Auster and resold those commodities. I was the salesman for Auster with respect to the HZ Trading sales. HZ Trading is a produce dealer subject to license under PACA as a dealer. Upon information and belief, this entity is owned and controlled by the individual defendants, Hong Zhen Huang and Sheng Chen. My sales and communications were with defendant, Sheng Chen.

6. Between November 8, 2007, and December 6, 2007, Auster sold and delivered to defendant, HZ Trading, in interstate commerce, wholesale amounts of produce items worth $30,251.00, which remains unpaid.

7. Because the principals of HZ Trading are Chinese and I am fluent in the Chinese language, I assisted in the collection of the outstanding balance due and owing to Auster. Defendant Sheng Chen never disputed the amounts due and owing to Auster from HZ Trading, but simply stopped making payments at the end of December, 2007. I made several subsequent attempts to contact Mr. Sheng Chen without success.

8. On or about January 10, 2008, I succeeded in contacting Sheng Chen on the phone regarding the wholesale balance HZ Trading owes to Auster. He

told me that certain of HZ Trading assets had been transferred or sold to Best Food Services, Inc. I also learned that defendants Hong Zhen Huang and Sheng Chen were continuing to do business under the trade name "Wei Sheng Trading" in Chinese at the warehouse owned by Midwest Global Food Distributors, LLC.

12. Despite repeated demand on Defendants, no payment has been received by Auster.

13. Defendants' failure and refusal to pay its produce suppliers, as well as their transfer of assets without paying Auster, indicate that defendants are failing to maintain sufficient assets in the statutory trust to pay Auster and similarly situated creditors, and are dissipating trust assets.

14. The current amount due and owing to Auster from Defendants is the principal amount of $30,251.00, plus prejudgment interest and attorneys fees.

I declare the above statements to be true and correct under penalty of perjury as set forth in 28 U.S.C. §1746 and the laws of the State of Illinois.

Executed this __24th__ day of __January__, 2008 at Chicago, Illinois.

By: _____
John Zhu, Sales
The Auster Company, Inc.