**EXHIBIT "1"**



Statement from:
Auster Acquisitions, LLC
2404 S Wolcott Ave
Chicago , IL 60608
(312) 829-6550   (312) 666-0095

008020
H Z TRADING INC
303 STATE STREET
CHICAGO HEIGHT, IL 60411

Outstanding Invoices as of 01/18/08

| Date | Invoice | Type | Reference | Charges | Credits | Amount Due | Balance |
|---|---|---|---|---|---|---|---|
| 11/08/07 | A861557 | IV | | 4,462.50 | | 4,462.50 | 4,462.50 |
| 11/08/07 | A861562 | IV | | 884.50 | | 884.50 | 5,347.00 |
| 11/13/07 | A862987 | IV | | 3,574.00 | | 3,574.00 | 8,921.00 |
| 11/20/07 | A864945 | IV | | 4,423.00 | | 4,423.00 | 13,344.00 |
| 11/20/07 | A864946 | IV | | 6,686.00 | | 6,686.00 | 20,030.00 |
| 11/20/07 | A864959 | IV | | 39.00 | | 39.00 | 20,069.00 |
| 11/26/07 | A866078 | IV | | 3,132.00 | | 3,132.00 | 23,201.00 |
| 12/05/07 | A867871 | IV | | 2,510.00 | | 2,510.00 | 25,711.00 |
| 12/05/07 | A867872 | IV | | 50.00 | | 50.00 | 25,761.00 |
| 12/05/07 | A867874 | IV | | 2,980.00 | | 2,980.00 | 28,741.00 |
| 12/05/07 | A867875 | IV | | 610.00 | | 610.00 | 29,351.00 |
| 12/06/07 | A869356 | IV | | 900.00 | | 900.00 | 30,251.00 |

| Current | 15 - 21 | 22 - 28 | Over 28 days | Total Due |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | $30,251.00 |

PACA TRUST PROVISION: The perishable agricultural commodities listed on these invoices are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under these invoices, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.