**EXHIBIT "2"**

Phone:    312-829-6550
Fax:      312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, Il. 60608

A861557

SOLD TO _____

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 408. 663. | 140 | Nopa | 12. | 1680 |
| 622 | 8 | 6X5" Peeled Garlic | 31. | 248 |
| 622 | 28 | green onion | 20. | 560 |
| 622 224 | 224 | Clean Broccoli | 22. | 4928 |
| 578 | 10 | Green Lemon | 14. | 140 |
| 032 | 10 | Oregano | 20 | 200 |
| 617 | 14 | Tender Bok choy | 18. | 252 |
| 239 | 28 | OPO | 13. | 364 |
| 444 | 150 | Yellow onions | 7. | 1050 |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due accounts balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

### 11/08/07 (07:52:22) #2
**Invoice:** A861557      11/08/07
**Customer:** CASH-CASHIER(SHIRLEY)
**Ship to:** H Z

| | | |
|---|---|---|
| 50 CS Napa 40/50#: Generic | | 54408:cn |
| 50 CS Napa 50#: Generic | | 54563:cn |
| 8 CS Garlic 6x5# PEELED; BEST BUY | (1CS = 30.00 LB | 54622:cu |
| 17 CS Onions Green GENERIC | (1CS = 48.00 BU | 54622:cv |
| CS Onions Green CAL GEN | (1CS = 48.00 BU | 54633:cv |
| 224 Broccoli Crowns Lucky coin'r | | 54622:cx |
| 10 CS Lemons; 95 ct Generic | | 54578:cp |
| 10 CS Ginger Root Trinity | (1CS = 30.00 LB | 54032:cv |
| 12 CS Bok Choy TAIWAN | | 54617:ct |
| 2 CS Bok Choy Oversold LOT 617/TWAIN | | 99999:ct |
| 28 UT Opo Generic | | 54239:co |
| 150 SK Onions Yellow 50# Jumbo: Gold & Sweet | | 54494:ci |

**WRITTEN BY** Shirley John Z **DELIVERED BY**

Phone: 312-623-6930
Fax:    312-666-0095

Chicago, IL 60608

A861562

01/8/07

SOLD TO

ADDRESS

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 593 61 | Chale Pepper | 14.50 | | |
| | | | | 884.50 |
| | | | | |
| | Delivery | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/08/07 (07:48:04) #1
**Invoice:** A861562    11/08/07
**Customer:** CASH-CASHIER(SHiRLEY)
**Ship to:** H Z

61   CS   Peppers Green Choice

Fresh Veg                54593:òp

**WRITTEN BY** Shirle   John Z **DELIVERED BY**

01-18-2008    04:29pm    From-THE AUSTER COMPANY    +913126660095    T-866    P.0077027    F-340

Phone:  312-623-0330.    2404 S. Wolcott Ave., Units 32-33
Fax:    312-666-0095    Chicago, IL 60608

11/15 07

A862987
SOLD TO ___ A. Z.

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 677 | 15 | 6X6 Roundy Artic | 30. | 450.- |
| 668 | 68 | Snow Pea | 12.- | 816.- |
| 691 | 42 | Bean | 18. | 756.- |
| 693 | 56 | Choice Peppol | 16. | 896.- |
| 629 | 5 | Tomato | 18.- | 90.- |
| 692 | 20 | 16's Lge | 13. | 292.- |
| 577 | 16 | Honeydew | 11.- | 176.- |
|  | 2 | Hone Tax |  | 8.- |
|  |  |  |  | 3674.- |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

11/13/07 (11:37:22) #1
**Invoice:** A862987          11/13/07
**Customer:** H Z TRADING INC
**Ship to:** FRONT OF CITY WIDE

| 15 | CS Garlic |
|---|---|
6X5# PEELED; BEST BUY   (1CS = 30.00LB
54622:cC

| 68 | CS Snow Peas |
SANTA RITA
54668:cn

| 42 | CS Beans, Green |
Crate
54691:ct

| 56 | CS Peppers, Green, Choice |
Generic
54693:cr

| 5 | CS Tomatoes 25# |
5X6; BABES BEST
54629:ct

| 30 | CS Cantaloupe |
18ct; DELMONTE
54592:co

| 16 | CS Honeydew Melons |
5's: Delmonte (14)
54577:cm

**WRITTEN BY** Jason   John z   **DELIVERED BY**

PHONE: 312-823-0550
Fax: 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A864945

SOLD TO _H. Z. Produce_

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 678 | 27 | #2 / 8500 lemon | 10. | 270 |
| 688 | 96 | 18 80 Celery | 13. | 248 |
| 789 | 66 | Bean | 20. | 20 |
| 762 | 150 | loose Carrot | 7. | 1050 |
| 040 | 50 | Lo Pak | 11. | 550 |
| Dole 719 | 66 | 1 20ct Flower | 5. | 20 |
| 737 | 3 | Large Cuke | 15 | 45 |
| 760 | 3 | 6×6 Tomato | 20. | 60 |
| 688 | 4 | Jalapeno | 20. | 80 |
| | | | | 103 |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY



# THE AUSTER COMPANY, INC.

11/20/07 (05:43:48) #2

**Invoice:** A864945      11/20/07

**Customer:** H Z TRADING INC

**Ship to:**

27   CS  Lemons  95 ct
Generic
                    54578:cl
96   CS  Celery  1½ Doz
HEART, APPLAUSE
                    54633:co
56   CS  Beans, Green
Crate
                    54789:cv
50   SK  Carrots  50#
Jumbo: Lindys
                    54762:ci
60   CT  Miscellaneous Chinese
Lopak: Canada
                    54040:cm
16   CS  Cauliflower, 12 ct
Dole
                    54719:cg
23   BX  Cucumbers
Lg: Florida
                    54737:cq
3   CS  Tomatoes 25#
6x6: Piney Acers
                    54750:cv
4   CS  Peppers, Jalapeno
Generic             (1CS = 40.00LB
                    54688:cv

SEE TOTAL

**WRITTEN BY** Shirle   John Z   **DELIVERED BY**

Phone: 312-829-6550  
Fax:  312-666-0095

2404 S. Wolcott Ave., Units 32-33  
Chicago, IL 60608

**A864946**

11/20 8?

SOLD TO _H. Z_

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 712 | 100 | Yellow onion | 7. | 700 |
| 737 | 60 | Santa Pepper Clerk | 14. | 840 |
| 166 | 336 | Broccoli Iceb | 13.50 | 4536 |
| 68% | 240 | Cabbage | 7.50 | 180 0 |
|  |  |  |  | 7876 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all legal costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/20/07 (05:44:07) #2
Invoice: A864946       11/20/07
Customer: H Z TRADING INC
Ship to:

~~200   SK  Onions  Yellow~~ (See Thru)
50# Jumbo: Green Giant
                    54712:ci

~~54    CS  Peppers  Suntan~~
Florida
                    54737:cp

~~16    CS  Peppers  Suntan~~
Oversold
LOT 737              99999:cp

~~336   CS  Broccoli  Crowns~~
Liberty + China Back "
                    54776:òo

~~240   CS  Cabbage  Green~~
Sack: Generic
                    54683:òi

1/ 20. 07

**WRITTEN BY** Shirle   John Z  **DELIVERED BY**

Phone: 312-829-6550
Fax: 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A864959

11/20 20 7

SOLD TO _H. Z._

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 781 | 3 | dded lettuce | 13 | 39 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FOR RESALE ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claim for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/20/07 (09:11:28) #1

**Invoice:** A864959        11/20/07
**Customer:** H Z TRADING INC
**Ship to:** ADD ON



Generic

54781:co

1/ 20, 07  Yi

**WRITTEN BY** Jason    John Z    **DELIVERED BY**

Phone:  312-829-0950
Fax:    312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

## A866078

SOLD TO  Hi Z

11/26/07

ADDRESS

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 791 | 63 | Sintтом Ranple | 13.- | 819 |
| 803 | 40 | green Onion | 12.- | 480 |
| 839 | 105 | Nape | 15.- | 1575 |
| 837 | 15 | Sweet pea | 26.- | 390 |
| | | | | |
| Pick up | | | | |
| | | | | |
| | | 3132 | | |

FOR  RESALE  ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

5 / THE AUSTER COMPANY, INC

11/26/07 (05:26:42)  #3
**Invoice:** A866078          11/26/07
**Customer:** H Z TRADING INC
**Ship to:** PICK UP



63    CS  Peppers, Suntan
Florida

29    CS  Onions, Green          54791
Western          (1CS = 48.00BU

105   CS  Napa                   54610
Oversold

839                              99999
15    CS  Snow Peas
SANTA RITA
                                 54807

**WRITTEN BY** Shirle    John Z    **DELIVERED BY**

# THE AUSTER COMPANY, INC.

11/26/07 (04:39:47) #2

**Invoice:** A866078        11/26/07
**Customer:** H Z TRADING INC
**Ship to:** PICK UP



63   CS   Peppers, Suntan
Florida
                                54791:co
         CS   Onions, Green
Cancel                          (1CS=48.00BU
                                54809:cn
15   CS   Onions, Green
Oversold                        (1CS=48.00BU
LOT 809                         99999:cn
105   CS   Napa
Oversold
LOT 839                         99999:cq
15   CS   Snow Peas
SANTA RITA
                                54837:c|

23 to 27

remove 17

$$\frac{3132.}{3264.}$$

**WRITTEN BY** Shirle   John Z   **DELIVERED BY**

Phone:  312-829-6550
Fax:    312-666-0095

2904 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A867871

SOLD TO ___H. Z___

12/6/87

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 896 | 105 | Napa | 14.- | 1470.- |
| 683 | 80 | Sach Cabbage | 7.- | 660.- |
| 893 | 20 | Ginger | 24 | 480.- |
| | | | | 2610. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

12/05/07 (04:58:29) #1

Invoice: A867871        12/05/07

Customer: H Z TRADING INC

Ship to: FRONT OF CITY WIDE

105    CS  Napa
50#: LT Farms
                            54896:cp
80    CS  Cabbage, Green
Sack: Generic
                            54683:ci
20    CS  Ginger Root
Trinity            (1CS = 30.00LB
                            54893:oz

WRITTEN BY Jason   John Z   DELIVERED BY

Phone: 312-829-6550
Fax: 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A867872

SOLD TO _A. Z._

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 928 | 1 | Cooks | 20 | |
| 893 | 1 | Maduros Coco | 20 | |
| | | | 60 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

RACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

12/05/07 (05:07:35)  #1
**Invoice:** A867872        12/05/07
**Customer:** H Z TRADING INC
**Ship to:** ADD ON



1    CS  Leek
Canada
1    CS  Malanga                    54928 cv
Coco: Trinity
54893 cc

**WRITTEN BY** Jason   John Z   **DELIVERED BY**

Phone: 312-829-6550    Chicago, IL 60608
Fax:    312-666-0095

A867874

12-5-07

SOLD TO _H.Z_____

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 683 | 80 | Early Cabbage | 7.— | 560.— |
| 896 | 25 | Napa | 14.— | 490.— |
| 876 | 100 | Yellow Onion | 7.— | 700.— |
| 863 | 3 | 5×6 Tomato | 25. | 75.— |
| 900 | 30 | Shanghai Bok Choy | 15.— | 450.— |
| 918 | 5 | Large Cuke | 15. | 75.— |
| 677 | 10 | 6×9 # Peeled Garlic | 28.— | 280.— |
| 811 | 60 | #2 Potato | 7.— | 450.— |
|  |  | Pallet |  | 2980.— |

FOR RESALE ONLY

Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

12/05/07 (06:40:21) #1
Invoice: A867874          12/05/07
Customer: H Z TRADING INC
Ship to: FRIDAY THURSDAY

80 CS Cabbage, Green
Sack: Generic                    54683 ci

35 CS Napa
50#: LT Farms                    54896 cg

100 SK Onions, Yellow
50# Jumbo: Srp                   54876 ci

5 CS Tomatoes 25#
5x6: Beauty (14)                 54860 ci

30 UT Shanghai Bok Choy
Stock   Cabbage Box              M0    cg

5 BX Cucumbers
Lg: Twin 7                       54905 cg

10 CS Garlic
6X5# PEELED; BEST BUY  (1CS = 30.00LB
                                 54622 ci

50 SK Potatoes
#2's: Northwood                  54811 ci

WRITTEN BY Jason  John Z    DELIVERED BY

Phone: 312-829-6550
Fax: 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A867875

12/6 87

SOLD TO _____

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 896 | 36 | Nap | 14. | 490 |
| 893 | 5 | ginger | 24. | 120.- |
| | | | | 610.- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**



# THE AUSTER COMPANY, INC.

12/05/07 (05:40:37) #1

**Invoice:** A867875        12/05/07
**Customer:** H Z TRADING INC
**Ship to:** PICK UP



35      CS  Napa
50#: LT Farms
                              54896.00
5      CS  Ginger Root
Trinity                (1CS = 30.00LB
                              54893.02

**WRITTEN BY** Jason   John Z   **DELIVERED BY**

Phone: 312-829-6650
Fax:   312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A869356

12-6-07

SOLD TO _H Z_

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| B2b | 80 | Scok Cabbage | 7.- | 560.- |
| 040 | 40 | Lo Pak | 8.50 | 340.- |
|  |  |  |  | 900.- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

12/06/07 (05:05:59)  #1

Invoice: A869356          12/06/07

Customer: H Z TRADING INC
Ship to:

90  CS  Cabbage, Green
Sack: Generic

40  CT  Miscellaneous Chinese          M9    :ci
Lopak: Canada

54040: ci

WRITTEN BY Jason  John z  /DELIVERED BY