EXHIBIT "2"

Phone:  312-829-6550
Fax:  312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A861557

SOLD TO _____

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 408. 563. | 140 | Napa | 12. | 1680 |
| 622 | 8 | 6x5 Peeled Garlic | 31. | 248 |
| 622 | 28 | Green onion | 20. | 560 |
| 622 224 | Cut Broccoli | 22. | 4928 |
| 578 | 10 | Cilantro | 14. | 140 |
| 622 | 10 | Jalapeño | 20. | 200 |
| 617 | 14 | Bok choy | 18. | 252 |
| 239 | 28 | OPO | 13. | 364 |
| 444 | 150 | Yellow onions | 7. | 1050 |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to
the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these
commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to
Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the
product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per
annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees
to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/08/07 (07:52:22) #2
A861557          11/08/07
**Invoice:**
**Customer:** CASH-CASHIER(SHIRLEY)
**Ship to:** H Z

*Delivery*

50 CS Napa
40/50#: Generic
54408:cn

90 CS Napa
50#: Generic
54563:cp

8 CS Garlic
6x5# PEELED, BEST BUY (1CS = 30.00 LB
54622:cu

17 CS Onions Green
GENERIC (1CS = 48.00BU
54622:cv

CS Onions Green
CAL GEN (1CS = 48.00BU
54633:cv

224 CS Broccoli Crowns
*Lucky cow* 54622:cx

10 CS Lemons, 95 ct
Generic
54578:cp

10 CS Ginger Root
Trinity (1CS = 30.00LB
54032:cv

12 CS Bok Choy
TAIWAN
54617:ct

2 CS Bok Choy
Oversold
LOT 617/TWAIN 99999:ct
28 UT Opo
Generic
54239:co

150 SK Onions Yellow
50# Jumbo: Gold & Sweet
54494:ci

※ *See Ihm*

, **WRITTEN BY** Shirle John Z **DELIVERED BY**

**Phone:** 312-829-0050
**Fax:** 312-666-0095

Chicago, IL 60608



# A861562

SOLD TO _14 : Z_

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 593 | 61 | Chile Pepper | 14.50 | 884.50 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Delivery |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/08/07 (07:48:04) #1
**A861562**          11/08/07
Invoice:
Customer: CASH-CASHIER(SHIRLEY)
Ship to: H Z

61   CS  Peppers  Green  Choice
Fresh Veg

54593:òp

**WRITTEN BY** Shirle    John  Z **DELIVERED BY**

Phone: 312-823-6330,        2404 S. Wolcott Ave., Units 32-33
Fax:   312-666-0095                    Chicago, IL 60608

A862987                    11/15/07
SOLD TO   A. Z.

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 677 | 15 | 6x6 Red Bell Peppers | 30. | 450.- |
| 668 | 68 | Snow Pea | 12.- | 816.- |
| 691 | 42 | Bean | 18. | 756. |
| 693 | 56 | Choice Pepper | 16.- | 896. |
| 629 | 5 | 5x6 Tomato | 18.- | 90.- |
| 692 | 20 | 16's Lime | 13. | 290.- |
| 577 | 16 | Honeydew | 11.- | 176.- |
|  | 2 |  |  | 8- |
|  |  |  |  | 3674.- |

FOR  RESALE  ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

11/13/07 (11:37:22)  #1
Invoice: A862987          11/13/07
Customer: H Z TRADING INC
Ship to: FRONT OF CITY WIDE

| 15 | CS Garlic |
|---|---|
6X5# PEELED; BEST BUY    (1CS = 30.00LB
54622:cC

| 68 | CS Snow Peas |
SANTA RITA
54668:cn

| 42 | CS Beans, Green |
Crate
54691:ct

| 56 | CS Peppers, Green, Choice |
Generic
54693:cr

| 5 | CS Tomatoes 25# |
5X6; BABES BEST
54629:ct

| 30 | CS Cantaloupe |
18ct; DELMONTE
54592:co

| 16 | CS Honeydew Melons |
5's: Delmonte (14)
54577:cm

**WRITTEN BY** Jason   John Z  **DELIVERED BY**

PHONE: 312-623-0050
Fax: 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A864945

SOLD TO *H. Z. Produce*

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 518 | 27 | #2 / 85# Lemon | 10. | 270 |
| 683 | 96 | 18# Celery | 13. | 248 |
| 789 | 66 | Bean | 20. | 20 |
| 762 | 150 | loose Carrot | 7. | 050 |
| 040 | 50 | Lo Pak | 11. | 550 |
| Dole 719 | 66 | 25# Flower | 5. | 20 |
| 737 | 3 | large Cuke | 15 | 45 |
| 760 | 3 | 6x6 Tomato | 20. | 60 |
| 688 | 4 | Jalapeno | 20. | 80 |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

11/20/07 (05:43:48) #2
**Invoice:** A864945        11/20/07
**Customer:** H Z TRADING INC
**Ship to:**

27   CS  Lemons  95 ob
Generic
12                                   54578:cl
696   CS  Celery  1 1/2 Doz
HEART, APPLAUSE
                                     54633:co
56   CS  Beans  Green
Crate
                                     54789:cv
50   SK  Carrots  50#
Jumbo: Lindys
                                     54762:ci
60   U2  Miscellaneous Chinese
Lopak: Canada
                                     54040:cm
16   CS  Cauliflower  12 ct
Dole
                                     54719:cg
33   BX  Cucumbers
Lg: Florida
                                     54737:cq
3   CS  Tomatoes 25#
6x6: Piney Acers
                                     54750:cv
4   CS  Peppers  Jalapeno
Generic                              (1CS = 40.00LB
                                     54688:cv

SEE TOTAL

**WRITTEN BY** Shirle    John Z    **DELIVERED BY**

**Phone: 312-829-6550**
**Fax:    312-666-0095**

**2404 S. Wolcott Ave., Units 32-33**
**Chicago, IL 60608**

**A864946**

11/20 20 0?

SOLD TO _H.Z_

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 712 | 100 | Yellow onion | 7.— | 700 |
| 737 | 60 | Santa Pepper Cook | 14. | 840 |
| 166 | 336 | Mex cuke | 13. | 4536 |
| 683 | 240 | Cabbage | 7.50 | 1800 |
| | | | | 7876 |

FOR  RESALE  ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage of condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/20/07 (05:44:07)  #2
Invoice: A864946          11/20/07
Customer: H Z TRADING INC
Ship to:

700     SK  Onions  Yellow  (See This)
50# Jumbo: Green Giant
                                54712:ci

54     CS  Peppers  Suntan
Florida
                                54737:cp

6      CS  Peppers  Suntan
Oversold
LOT 737                         99999:cp

385     CS  Broccoli  Crowns
Liberty + Chino Bach
                                54776:òo

240     CS  Cabbage  Green
Sack: Generic
                                54683:òi

**WRITTEN BY** Shirle    John Z  **DELIVERED BY**

**Phone: 312-829-6550**
**Fax:   312-666-0095**

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

11/20 20 7

## A864959

SOLD TO _H. Z_

ADDRESS ___

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 781 | 3 | dded lettuce | 13 | 39 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claim for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

11/20/07 (09:11:28) #1

Invoice: A864959     11/20/07

Customer: H Z TRADING INC

Ship to: ADD ON

Generic

54781:co

WRITTEN BY Jason   John z   **DELIVERED BY**

Phone: 312-829-6950
Fax:   312-866-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

# A866078

**SOLD TO** _HIZ_

**ADDRESS** _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 791 | 63 | Sinton Rapple | 13.- | 819 |
| 809 | 11 40 | green onion | 12.- | 480 |
| 839 | 105 | Napa | 15.- | 1575 |
| 837 | 15 | Green pea | 26.- | 390 |
| | | | | |
| *Pick up* | | | | |
| | | | | |
| | | 3132 | | |

FOR  RESALE  ONLY

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to
the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these
commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to
Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the
product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per
annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees
to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

**5**

# THE AUSTER COMPANY, INC

11/26/07 (05:26:42)  #3
**Invoice:** A866078          11/26/07
**Customer:** H Z TRADING INC
**Ship to:** PICK UP



63    CS  Peppers, Suntan
Florida
                              54791
29    CS  Onions, Green
Western          (1CS = 48.00BU
                              54610
05    CS  Napa
Oversold
839                           99999
15    CS  Snow Peas
SANTA RITA
                              54837

**WRITTEN BY** Shirle   John Z   **DELIVERED BY**

# THE AUSTER COMPANY, INC.

11/26/07 (04:39:47)  #2
**Invoice:** A866078          11/26/07
**Customer:** H Z TRADING INC.
**Ship to:** PICK UP



63    CS  Peppers, Suntan
Florida
                              54791:co
      CS  Onions, Green
Cancel                        (1CS = 48.00BU
                              54809:cp
      CS  Onions, Green
Oversold                      (1CS = 48.00BU
LOT 809                       99999:cn
105   CS  Napa
Oversold
LOT 839                       99999:cq
15    CS  Snow Peas
SANTA RITA
                              54837:c|

23 to 27

remove 17

3132.
―――――
3264.

**WRITTEN BY** Shirle   John Z   **DELIVERED BY**

Phone: 312-829-6550          2404 S. Wolcott Ave., Units 32-33
Fax:   312-666-0095                    Chicago, IL 60608

A867871

SOLD TO _____

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 896 | 105 | Napa | 14.- | 1470.- |
| 683 | 80 | Sock Cabbage | 7.- | 560.- |
| 893 | 20 | ginger | 24 | 480.- |
|  |  |  |  | 2510. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

12/05/07 (04:58:29) #1
**Invoice:** A867871          12/05/07
**Customer:** H Z TRADING INC
**Ship to:** FRONT OF CITY WIDE

105    CS   Napa
50#: LT Farms
                         54896:cp
80     CS   Cabbage, Green
Sack: Generic
                         54683:ej
20     CS   Ginger Root
Trinity          (1CS = 30.00LB
                         54893:oz

**WRITTEN BY** Jason   John Z   **DELIVERED BY**

Phone: 312-829-65.0
Fax:    312-566-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A867872

SOLD TO _____

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 928 | 1 | Cocks | 20.— | |
| 893 | 1 | Malanga Coco | 20.— | |
| | | | 60.— | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC

12/05/07 (05:07:35)  #1

**Invoice:** A867872         12/05/07

**Customer:** H Z TRADING INC

**Ship to:** ADD ON



1   CS  Leek
Canada

1   CS  Malanga                    54928 cv
Coco: Trinity

                                   54893 cc

**WRITTEN BY** Jason  John Z     **DELIVERED BY**

**Phone:** 312-829-6550
**Fax:** 312-666-0095

Chicago, IL 60608

A867874

12-5-07

SOLD TO _H. Z._

ADDRESS

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 683 | 80 | Scoty Cabbage | 7.— | 560.— |
| 896 | 25 | Nopa | 14.— | 490.— |
| 876 | 100 | Yellow onion | 7.— | 700.— |
| 863 | 3 | 5x6 Tomato | 25.— | 75.— |
| 900 | 30 | Stamdfd Italian Eleg | 15.— | 450.— |
| 918 | 5 | holep Cuke | 15.— | 75.— |
| 627 | 10 | 6x7# Pickel Garlic | 28.— | 280.— |
| 811 | 50 | #2 Potato | 7.— | 350.— |
| | | | | 2980.— |

R O L L O T A   F O R   R E S A L E   O N L Y

Payment terms are 70 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.
**OFFICE COPY**

# THE AUSTER COMPANY, INC.

12/05/07 (06:40:21) #1
**Invoice:** A867874          12/05/07
**Customer:** H Z TRADING INC
**Ship to:** FRIDAY THURSDAY

80  CS  Cabbage, Green
Sack: Generic                    54683 ci

35  CS  Napa
50#: LT Farms                    54896 ci

100  SK  Onions, Yellow
50# Jumbo: Srp                   54876 ci

5  CS  Tomatoes 25#
5x6: Beauty (14)                 54860 ci

30  UT  Shanghai Bok Choy
Stock  Cabbage Box               M0   ca

5  BX  Cucumbers
Lg: Twin 7                       54905 ca

10  CS  Garlic
6X5# PEELED; BEST BUY  (1CS = 30.00LB
                                 54622 c

50  SK  Potatoes
#2's: Northwood                  54811 ci

**WRITTEN BY** Jason   John Z    **DELIVERED BY**

**Phone:** 312-829-6550
**Fax:** 312-666-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A867875

*12/6 87*

SOLD TO _A Z_

ADDRESS

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| 896 | 36 | Nap | 14. | 490 |
| 893 | 5 | Ginger | 24. | 120.- |
| | | | | 610.- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**OFFICE COPY**

# THE AUSTER COMPANY, INC.

12/05/07 (05:40:37) #1
**Invoice:** A867875        12/05/07
**Customer:** H Z TRADING INC
**Ship to:** PICK UP



35     CS  Napa
50#: LT Farms
                          54896.00
5      CS  Ginger Root
Trinity            (1CS = 30.00LB
                          54893.62

**WRITTEN BY** Jason  John Z  **DELIVERED BY**

Phone:  312-829-6550
Fax:    312-866-0095

2404 S. Wolcott Ave., Units 32-33
Chicago, IL 60608

A869356

*12-6 20 07*

SOLD TO _H Z_

ADDRESS _____

| BRAND & LOT | QTY | ARTICLE | PRICE | AMOUNT |
|---|---|---|---|---|
| B2b | 80 | Scotch Cabbage | 7 - | 560. |
| 040 | 40 | Lo Pak | 8ºº | 240. |
|  |  |  |  | 800. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

F O R   R E S A L E   O N L Y

Payment terms are 10 days.

PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum). In the event legal action becomes necessary to collect the sums due under this invoice, Buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

OFFICE COPY

# THE AUSTER COMPANY, INC.

12/06/07 (05:05:59) #1
Invoice:A869356     12/06/07
Customer:H Z TRADING INC
Ship to:

~~CS Cabbage, Green~~
Sack: Generic

~~Miscellaneous Chinese~~ M9   :cj
Lopak: Canada

54040:cj

**WRITTEN BY**Jason  John z  /**DELIVERED BY**