**EXHIBIT "1"**



Page    1

| Statement Date | Account No. |
|---|---|
| 01/11/08 | WEI |

JACK TUCHTEN WHOLESALE PRODUCE, INC
2404 SOUTH WOLCOTT UNIT 31
Chicago, IL 60608

Telephone 312/226-4536

Bill To :   WEI SHENG

# STATEMENT

Of Outstanding Invoices and Payments,
Posted through  01/11/08

| Transaction Date | Invoice No. | Description | Amount | Received Amount | Received Date | Balance |
|---|---|---|---|---|---|---|
| 12/09/07 | 77305 | | 13860.00 | 4059.75 | 12/19/07 | 9800.25 |
| 12/12/07 | 78399 | | 660.00 | | | 660.00 |
| 12/12/07 | 78401 | | 453.75 | | | 453.75 |
| 12/12/07 | 78417 | | 1915.25 | | | 1915.25 |
| 12/12/07 | 78532 | | 463.50 | | | 463.50 |
| 12/14/07 | 78995 | | 2950.00 | | | 2950.00 |
| 12/14/07 | 79055 | | 422.50 | | | 422.50 |
| 12/18/07 | 80250 | | 2393.00 | | | 2393.00 |
| 12/18/07 | 80260 | | 505.00 | | | 505.00 |
| 12/18/07 | 80272 | | 12.00 | | | 12.00 |
| 12/18/07 | 80275 | | 6.00 | | | 6.00 |
| 12/21/07 | 81019 | | 705.00 | | | 705.00 |
| 12/21/07 | 81147 | | 3815.00 | | | 3815.00 |
| 12/24/07 | 82105 | | 2038.50 | | | 2038.50 |
| 12/24/07 | 82128 | | 210.00 | | | 210.00 |
| 12/24/07 | 82130 | | 51.00 | | | 51.00 |

| 0 - 10 | 11 - 17 | 18 - 30 | Over 30 | | | Total |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 16600.50 | 9800.25 | | | 26400.75 |

**TERMS:  NET 10 DAYS**

Customer Original