**EXHIBIT "2"**



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market

Salesmn: TS
Date: 12/09/07

2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Invoice: 77305

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 1232 | | BROCCOLI CROWN, ASIAN CUT CLEAN CUT | 11.25 | 13860.00 |

HUANG.

12.08.07

Page 1 of 1            Total    13860.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536   FAX: 312/226-7796

Salesmn: ZI

Date: 12/12/07

Invoice: 78399

### WEI SHENG

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 60 | | PEPPER GREEN, CHOICE PACIFIC CO | 11.00 | 660.00 |

Page   1 of 1                                      Total         660.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536   FAX: 312/226-7796

Salesmn: TS
Date: 12/12/07
Invoice: 78401

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 37 | | MUSHROOM, 10# FOOD | 11.75 | 434.75 |
| 1 | | PEPPER, JALAPENO SUN RIPE | 19.00 | 19.00 |



Page   1 of 1                                           Total        453.75

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536   FAX: 312/226-7796

Salesmn: TS
Date: 12/12/07
Invoice: 78417

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 163 | | MUSHROOM, 10# FOOD | 11.75 | 1915.25 |

Page 1 of 1                Total        1915.25

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



Salesmn: TS

Date: 12/12/07

## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536     FAX: 312/226-7796

Invoice: 78532

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 30 | | BEAN, GREEN | 12.00 | 360.00 |
| 3 | | PEPPER, JALAPENO SIX LS | 19.00 | 57.00 |
| 3 | | LETTUCE LINER, 24 TOPLESS | 15.50 | 46.50 |



Page  1 of 1                               Total         463.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536   FAX: 312/226-7796

Salesmn: TS
Date: 12/14/07
Invoice: 78995

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 200 | | MUSHROOM, 10# FOOD | 11.75 | 2350.00 |
| 50 | | ONION GREEN, LARGE TOPLESS | 9.50 | 475.00 |
| 10 | | ZUCCHINI, MED LUGS | 12.50 | 125.00 |



Page  1 of 1                              Total     2950.00
PICKUP

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of those commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



Salesmn: TS

Date: 12/14/07

**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Invoice: 79055

## WEI SHENG

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 5 | | CUCUMBER CARTON, 24 TRICAR | 6.50 | 32.50 |
| 2 | | LETTUCE CELLO, 24 NIKI | 15.00 | 30.00 |
| 30 | | BEAN, GREEN | 12.00 | 360.00 |



Page    1 of 1

Total    422.50

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balances. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



Salesmn: TS

Date: 12/18/07

## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Invoice: 80250-A

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 100 | | MUSHROOM, 10# FOOD | 11.75 | 1175.00 |
| 84 | | ONION GREEN, SMALL OMO | 9.50 | 798.00 |
| 42 | | BEAN, GREEN | 10.00 | 420.00 |



Page   1 of 1

Total    2393.00

PLEASE SEE TOM
CITYWIDE

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: TS
Date: 12/18/07
Invoice: 80260

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | CAULIFLOWER, 12 QUEEN VIC | 15.50 | 155.00 |
| 50 | | ONION YELLOW, JUMBO 50# SUNSET | 7.00 | 350.00 |

Page    1 of 1                                              Total         505.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536   FAX: 312/226-7796

Salesmn: TS

Date: 12/18/07

Invoice: 80272

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 2 | | PERSIMMONS, FUYU KK | 6.00 | 12.00 |

Page 1 of 1                                    Total        12.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



Salesmn: TS

Date: 12/18/07

**JACK TUCHTEN**
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536        FAX: 312/226-7796

Invoice: 80275

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 1 | | PERSIMMONS, FUYU KK | 6.00 | 6.00 |



Page   1 of 1                                              Total        6.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536      FAX: 312/226-7796

Salesmn: TS
Date: 12/21/07
Invoice: 81019-A

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 60 | | MUSHROOM, 10# FOOD | 11.75 | 705.00 |



Page   1 of 1                                  Total        705.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31  •  Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: TS

Date: 12/21/07

Invoice: 81147

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 60 | | PEPPER GREEN, CHOICE PACIFIC CO | 8.50 | 510.00 |
| 140 | | MUSHROOM, 10# FOOD | 11.75 | 1645.00 |
| 100 | | ONION YELLOW, JUMBO 50# SUNSET | 7.00 | 700.00 |
| 64 | | CELERY, CALIFORNIA 24 CAL-CEL | 12.50 | 800.00 |
| 5 | | TOMATO, 6X6 GARGULLIO | 32.00 | 160.00 |

Page   1 of 1            Total      3815.00

8:00   PICKUP

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
## WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536  FAX: 312/226-7796

Salesmn: TS
Date: 12/24/07
Invoice: 82105-B

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 30 | | BEAN, GREEN | 18.00 | 540.00 |
| 70 | | MUSHROOM, 10# FOOD | 11.75 | 822.50 |
| 50 | | ONION GREEN, SMALL | 12.00 | 600.00 |
| 3 | | OMO LETTUCE PRECISION, 24 | 12.00 | 36.00 |
| 5 | | KINGSIZE CUCUMBER CARTON, 24 TRICAR | 8.00 | 40.00 |

Total  2038.50

Page 1 of 1

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



# JACK TUCHTEN
WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 · Chicago, Illinois 60608
PHONE: 312/226-4536       FAX: 312/226-7796

Salesmn: TS
Date: 12/24/07

**Invoice: 82128**

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 10 | | ZUCCHINI, EXTRA FANCY | 21.00 | 210.00 |

B/1 young chu

Page 1 of 1                               Total       210.00

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust."*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.



## JACK TUCHTEN
### WHOLESALE PRODUCE, INC.
Chicago International Produce Market
2404 South Wolcott, Unit 31 • Chicago, Illinois 60608
PHONE: 312/226-4536    FAX: 312/226-7796

Salesmn: TS
Date: 12/24/07
Invoice: 82130

**WEI SHENG**

| Quantity | UM | Description | Price | Amount |
|---|---|---|---|---|
| 3 | | PEPPER, JALAPENO WILSON | 17.00 | 51.00 |

Page  1 of 1                                   Total       51.00

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% per month added to unpaid balance. Interest and attorney's fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.*

All claims of whatever nature must be made immediately upon receipt of goods. Purchaser must assume all risk.