IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v.   : | Civil Action No:1:08-cv-00548 |
| : | J. Grady |
| H.Z. TRADING, INC. a/t/a : | Mag. Judge Mason |
| WEI SHENG TRADING, et al. : | |
| : | |
| Defendants : | |

**EMERGENCY NOTICE OF MOTION FOR ENTRY OF TRO**

To: H.Z. Trading, Inc.. a/t/a  Hong Zhen Huang
Wei Sheng Trading  303 State Street
c/o Peter F. Siu, Registered Agent  Chicago Heights, IL 60411
209 W. Cermak Road, 2nd Floor
Chicago, IL 60616

Sheng Chen a/t/a  Best Food Services, Inc.
Wei Sheng Trading  c/o Peter F. Siu, Registered Agent
14731 Drexel Avenue  2209 W. Cermak Road, 2nd Floor
Dolton, Illinois 60419  Chicago, IL 60616

Midwest Global Food Distributors, LLC
c/o Michael A. Durlacher, Registered Agent
2 North La Salle Street, Suite 1776
Chicago, IL 60602

PLEASE TAKE NOTICE that on Wednesday, January 30, 2008, at 10:30 a.m., we will appear before the Honorable John F. Grady, or any Judge hearing said Judge's call, in Room 2201 of the U.S. District Court for the Northern District of

2

Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604, and present the attached Motion for Temporary Restraining Order With Notice.

                              LAW OFFICES OF WILLIAM B. KOHN

                          By: s/ William B. Kohn
                              William B. Kohn
                              150 North Wacker Drive, Suite 1400
                              Chicago, Illinois 60606
                              (312) 553-1200
                              Attorneys for Plaintiffs