IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No: 08 C 548 |
| H.Z. TRADING, INC. a/t/a | : Judge Grady |
| WEI SHENG TRADING, et al. | : Magistrate Judge Mason |
| Defendants | : |

**CERTIFICATE OF SERVICE**

    William B. Kohn, one of the attorneys for Plaintiffs herein, certifies under penalty of perjury that on January 28, 2008, before 6:00 p.m., he caused copies of the Complaint, Summonses, Notice of Motion (set for presentment January 30, 2008 at 10:30 a.m.) and Motion for Temporary Restraining Order With Notice, Motion for Preliminary Injunction, Memorandum in Support, Affidavit of Dawn Arkin in support (with exhibits), Affidavit of John Zhu in support and Affidavit of Mary Rojas in support (with exhibits), to be sent by UPS Next Day Air for delivery on January 29, 2008, upon:

H.Z. Trading, Inc. a/t/a
Wei Sheng Trading
c/o Peter F. Siu, Registered Agent
209 W. Cermak Road, 2nd Floor
Chicago, IL  60616

Best Food Services, Inc.
c/o Peter F. Siu, Registered Agent
209 W. Cermak Road, 2nd Floor
Chicago, IL  60616

Hong Zhen Huang
303 State Street
Chicago Heights, IL  60411

Sheng Chen a/t/a
Wei Sheng Trading
14731 Drexel Avenue
Dolton, IL  60419

Midwest Global Food Distributors, LLC
c/o Michael A. Durlacher, Registered Agent
2 N. LaSalle Street, Suite 1776
Chicago, IL  60602

                                              */s/ William B. Kohn*
                                              William B. Kohn

Dated this 28th day of January, 2008.

LAW OFFICES OF WILLIAM B. KOHN
William B. Kohn, ARDC #6196142
150 N. Wacker Drive
Suite 1400
Chicago, Illinois 60606
(312) 553-1200
kohn@wbkohnlaw.com

One of the Attorneys for Plaintiffs
The Auster Company, Inc.
Jack Tuchten Wholesale Produce, Inc.