IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> H.Z. TRADING, INC. a/t/a : <br> WEI SHENG TRADING, et al. : <br> : <br> Defendants : | Civil Action No:1:08-CV-00548 <br> J. Grady <br> Mag. Judge Mason |

*CORRECTED*
**EMERGENCY NOTICE OF MOTION FOR ENTRY OF TRO**

To:   H.Z. Trading, Inc.. a/t/a          Hong Zhen Huang
      Wei Sheng Trading                  303 State Street
      c/o Peter F. Siu, Registered Agent Chicago Heights, IL 60411
      209 W. Cermak Road, 2nd Floor
      Chicago, IL 60616

      Sheng Chen a/t/a                   Best Food Services, Inc.
      Wei Sheng Trading                  c/o Peter F. Siu, Reg. Agent
      14731 Drexel Avenue                209 W. Cermak Road, 2nd Floor
      Dolton, Illinois 60419             Chicago, IL 60616

      Midwest Global Food Distributors, LLC
      c/o Michael A. Durlacher, Registered Agent
      2 North La Salle Street, Suite 1776
      Chicago, IL 60602

PLEASE TAKE NOTICE that on **Wednesday, January 30, 2008**, at **9:30 a.m**., we will appear before the Honorable John F. Grady, or any Judge hearing said Judge's call, in **Room 1425** of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604, and present the Plaintiffs' previously filed

1

Motion for Temporary Restraining Order With Notice, a copy of which was served upon you by UPS Next Day Air on 1/28/08 for delivery 1/29/08.

          LAW OFFICES OF WILLIAM B. KOHN

      By: s/ William B. Kohn
          William B. Kohn
          150 North Wacker Drive, Suite 1400
          Chicago, Illinois 60606
          (312) 553-1200
          One of the Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

William B. Kohn, one of the attorneys for Plaintiffs herein, certifies under penalty of perjury that on January 29, 2008, before 12:30 p.m., he caused copies of this *Corrected* Emergency Notice of Motion for Entry of TRO to be sent by facsimile to Defendants H.Z. Trading, Inc. a/t/a Wei Sheng Trading, Hong Zhen Huang and Sheng Chen, all at their last known fax number of **708/807-9779**; to Defendant H.Z. Trading, Inc. a/t/a Wei Sheng Trading, c/o Registered Agent Peter Siu at his listed fax number of **312/808-0032;** to Defendant Midwest Global Food Distributors, LLC, c/o Registered Agent Michael Durlacher at his listed fax number of **312/606-9214**; and to Defendant Best Food Services, Inc., at its last known fax number of **773/526-5119**, and c/o Registered Agent Peter Siu at his listed fax number of **312/808-0032.** In addition, the undersigned certifies as aforesaid that he also provided telephonic notice of the change in hearing time and room to Defendant Sheng Chen by voicemail message to **312/310-1686**, and to Defendant Hong Zhen Huang by voicemail message to **312/339-9868**, both on January 29, 2008, before 12:00 p.m.

          /s/ William B. Kohn
          William B. Kohn