Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 548 | DATE | 1/30/2008 |
| CASE TITLE | The Auster Company vs. H.Z. Trading, Inc. | | |

**DOCKET ENTRY TEXT**

Hearing on emergency motion for TRO held. Enter temporary restraining order against the corporation only. Status hearing set for 2/7/08 at 10:00 a.m. in courtroom 1425. Motion for preliminary injunction entered and continued.

■ [ For further detail see separate order(s).]   Docketing to mail notices

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|