AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

THE AUSTER COMPANY, INC., et al.

V.

H.Z. TRADING, INC, a/t/a
WEI SHENG TRADING et al.

CASE NUMBER: **08 C 548**

ASSIGNED JUDGE: **JUDGE GRADY**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

BEST FOOD SERVICES, INC.
  SERVE: Peter F. Siu
         Registered Agent
         2209 W. Cermak Road, 2nd Floor
         Chicago, IL  60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn, Esq.
Law Office of William B. Kohn
150 North Wacker Drive, Suite 1400
Chicago, Illinois  60606
(312) 553-1200

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**January 25, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  Feb 4, 2008 |
| NAME OF SERVER (PRINT)  Jerry Brown | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Best Food Services, Inc. Peter F. Siu Registered Agent was served at 209 W. Cermak Rd., Chicago, Il. 60616 at 1:05p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 4, 2008
            Date

Signature of Server: *Jerry Brown*

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.