**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

The Auster Company, Inc., et al.
                      Plaintiff,

v.                                        Case No.: 1:08−cv−00548
                                                     Honorable John F. Grady

H.Z. Trading, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge John F. Grady :Status hearing held on 2/7/2008 and continued to 3/5/2008 at 10:30 AM. Temporary Restraining Order entered against the Corporation is extended to 03/05/08.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.