IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE AUSTER COMPANY, INC., et al.   :
:
        Plaintiffs   :
:
v.   : Civil Action No:1:08-cv-00548
: J. Grady
H.Z. TRADING, INC. a/t/a   : Mag. Judge Mason
WEI SHENG TRADING, et al.   :
:
        Defendants   :

**STIPULATION AND ORDER**

Plaintiffs, The Auster Company, Inc. and Jack Tuchten Wholesale Produce, Inc., by and through their undersigned counsel, and Defendants, H.Z. Trading, Inc. a/t/a Wei Sheng Trading, Hong Zhen Huang, and Sheng Chen a/t/a Wei Sheng Trading, by and through their undersigned attorneys, hereby stipulate and agree to settle this matter on the terms set forth below, and the Court hereby approves this Stipulation and enters the Order thereon.

    1.    Plaintiff, The Auster Company, Inc. ("Auster"), is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. 499e(c) ("PACA"), against defendants, H.Z. Trading, Inc. a/t/a Wei Sheng Trading, Hong Zhen Huang, and Sheng Chen a/t/a Wei Sheng Trading, on a debt in the principal amount of $30,251.00.

    2.    Plaintiff, Jack Tuchten Wholesale Produce, Inc. ("Tuchten"), is a trust creditor under the provisions of the PACA, against defendants, H.Z. Trading, Inc. a/t/a

Wei Sheng Trading, Hong Zhen Huang, and Sheng Chen a/t/a Wei Sheng Trading, on a debt in the principal amount of $26,400.75.

3. The parties stipulate and agree that parties have agreed upon a settlement by which defendant, H.Z. Trading, Inc. will pay or cause to be paid to plaintiffs the sum of $56,651.75, and upon receipt of said sum, plaintiffs, Auster and Tuchten will release all known and unknown claims against all of defendants.

4. The parties stipulate and agree that the funds on deposit in the bank account of H.Z. Trading, Inc. a/t/a Wei Sheng Trading at American Metro Bank in the amount of $56,651.75 currently frozen by the Temporary Restraining Order entered in this matter on January 30, 2008, are trust assets belonging to Plaintiffs Auster and Tuchten.

5. The parties stipulate and agree, and it is hereby ordered, that American Metro Bank shall immediately pay over the amount of $56,651.75 from the funds on deposit in the bank account(s) of H.Z. Trading, Inc. a/t/a Wei Sheng Trading to McCarron & Diess, 4900 Massachusetts Avenue, N.W., Suite 310, Washington, D.C. 20016, attorneys for plaintiffs, for payments to plaintiffs, and that the Temporary Restraining Order entered herein is modified so that payment of the $56,651.75 from the frozen bank account can be effectuated.

6. Upon receipt of the full payment of the collective amount of $56,651.75 in accordance with the terms set forth herein, the Temporary Restraining Order shall be dissolved and Plaintiffs shall prepare and file a Notice of Voluntary Dismissal with this Court as to all defendants.

7. The Parties stipulate and agree, and it is hereby ordered, that this Court

finds that the settlement between plaintiffs and defendants represents a good faith settlement, and said settlement shall extinguish any and all liability of all of the defendants to plaintiffs, and the liability of any other party for contribution or otherwise under any legal theory for all known and unknown damages with respect to the claims set forth in Plaintiffs' Complaint.

6. The Court shall retain jurisdiction over the parties during the pendency of the application of this Order.

7. This Stipulation and Order supercedes the Temporary Restraining Order entered January 30, 2008.

Dated this _____ day of February, 2008.

IT IS SO STIPULATED.

| LAW OFFICES OF GOUPING ZHU | McCARRON & DIESS |
|---|---|
| _____ | _____ |
| Guoping (Frank) Zhu, Esq. | Mary Jean Fassett, Esq. |
| 2800 S. Wallace Street | 4900 Massachusetts Avenue, NW |
| Chicago, IL 60616 | Suite 310 |
| Tel. 312-842-4860 | Washington, D.C. 20016 |
| Fax. 866-340-7527 | Tel. 202-364-0400 |
| frankgzhu@hotmail.com | Fax. 202-364-2731 |
| | mjf@mccarronlaw.com |
| Counsel for Defendants | and |
| H.Z. Trading, Inc. a/t/a | |
| Wei Sheng Trading | LAW OFFICES OF WILLIAM B. KOHN |
| Hong Zhen Huang | |
| Sheng Chen a/t/a | _____ |
| Wei Sheng Trading | William B. Kohn, Esq. |
| | 150 N. Wacker Drive |
| | Suite 1400 |
| | Chicago, IL 60606 |
| | Tel. 312-553-1200 |
| | Fax. 312-553-1733 |
| | kohn@wbkohnlaw.com |

02/14/2008  13:19   2023642731         MCCARRON AND DIESS              PAGE  04/05

finds that the settlement between plaintiffs and defendants represents a good faith settlement, and said settlement shall extinguish any and all liability of all of the defendants to plaintiffs, and the liability of any other party for contribution or otherwise under any legal theory for all known and unknown damages with respect to the claims set forth in Plaintiffs' Complaint.

6. The Court shall retain jurisdiction over the parties during the pendency of the application of this Order.

7. This Stipulation and Order supercedes the Temporary Restraining Order entered January 30, 2008.

Dated this _____ day of February, 2008.

IT IS SO STIPULATED.

LAW OFFICES OF GOUPING ZHU

_____
Guoping (Frank) Zhu, Esq.
2800 S. Wallace Street
Chicago, IL 60616
Tel. 312-842-4860
Fax. 866-340-7527
frankgzhu@hotmail.com

Counsel for Defendants
H.Z. Trading, Inc. a/t/a
Wei Sheng Trading
Hong Zhen Huang
Sheng Chen a/t/a
Wei Sheng Trading

McCARRON & DIESS

_____
Mary Jean Fassett, Esq.
4900 Massachusetts Avenue, NW
Suite 310
Washington, D.C. 20016
Tel. 202-364-0400
Fax. 202-364-2731
mjf@mccarronlaw.com

and

LAW OFFICES OF WILLIAM B. KOHN

_____
William B. Kohn, Esq.
150 N. Wacker Drive
Suite 1400
Chicago, IL 60606
Tel. 312-553-1200
Fax. 312-553-1733
kohn@wbkohnlaw.com

3

02/15/2008  13:58  866-340-7527         LAW_OFFICE OF GUOPING ZHU        #0012 P.003 /004

                                 Counsel for Plaintiffs
                                 The Auster Company, Inc.
                                 Jack Tuchten Wholesale Produce, Inc.

**IT IS SO ORDERED THIS \_\_\_\_ DAY OF FEBRUARY, 2008.**

                                 _____
                                 **HON. JOHN F. GRADY**