IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No:1:08-CV-00548 |
| : | J. Grady |
| H.Z. TRADING, INC. a/t/a : | Mag. Judge Mason |
| WEI SHENG TRADING, et al. : | |
| : | |
| Defendants : | |

**NOTICE OF FILING**

To:  Guoping (Frank) Zhu            Mary Jean Fassett
     Law Offices of Guoping Zhu     McCarron & Diess
     2800 S. Wallace Street         4900 Massachusetts Avenue, N.W.
     Chicago, IL  60616                   Suite 310
     Fax:  866/340-7527             Washington, D.C.  20016

PLEASE TAKE NOTICE that on **February 18, 2008,** we will file with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, through the Court's CM/ECF filing system, the attached **Stipulation and (proposed) Order** as executed by counsel for Plaintiffs and for Defendants H.Z. Trading, Inc. a/t/a Wei Sheng Trading, Hong Zhen Huang and Sheng Chen a/t/a Wei Sheng Trading.

LAW OFFICES OF WILLIAM B. KOHN

By:*/s/ William B. Kohn*
   William B. Kohn
   150 North Wacker Drive, Suite 1400
   Chicago, Illinois 60606
   (312) 553-1200
   One of the Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

William B. Kohn, one of the attorneys for Plaintiffs herein, certifies under penalty of perjury that on February 18, 2008, he caused copies of this Notice and the attached Stipulation and (proposed) Order to be served by facsimile upon counsel for Defendants H.Z. Trading, Inc. a/t/a Wei Sheng Trading, Hong Zhen Huang and Sheng Chen a/t/a Wei Sheng Trading, and through the Court's CM/ECF filing system upon co-counsel for Plaintiffs.

                                                   */s/ William B. Kohn*
                                                   William B. Kohn