Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 548 | **DATE** | 3/5/2008 |
| **CASE TITLE** | The Auster Company vs. HZ Trading Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter stipulation and order, this matter is resolved and settled. The Court shall retain jurisdiction over the parties during the pendency of the application of this order. This stipulation and order supercedes the temporary restraining order entered 01/30/2008. All pending motions are denied as moot.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|