IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE AUSTER COMPANY, INC., et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Civil Action No:1:08-cv-00548 |
| | : J. Grady |
| H.Z. TRADING, INC. a/t/a | : Mag. Judge Mason |
| WEI SHENG TRADING, et al. | : |
| | : |
| Defendants | : |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, The Auster Company, Inc. and Jack Tuchten Wholesale Produce, Inc., by and through counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action as to all defendants.

Dated this 12th day of March, 2008.

| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
|---|---|
| By:s/ Mary Jean Fassett | By:s/ William B. Kohn |
| Mary Jean Fassett, ID#9078552 | William B. Kohn |
| 4900 Massachusetts Ave., N.W. | 150 N. Wacker Drive |
| Suite 310 | Suite 1400 |
| Washington, DC 20016 | Chicago, Illinois 60606 |
| (202) 364-0400 | (312) 553-1200 |
| | Attorneys for Plaintiffs |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was sent via first-class mail, postage prepaid, this 12th day of March, 2008, to the following:

| | |
|---|---|
| Guoping (Frank) Zhu<br>2800 S. Wallace Street<br>Chicago, IL 60616 | Pengtian Ma, Esq.<br>Law Offices of Pengtian Ma<br>2961 South Archer Avenue<br>Chicago, IL 60608 |
| Best Food Services, Inc.<br>c/o Peter F. Siu, Registered Agent<br>2209 W. Cermak Road, 2nd Floor<br>Chicago, IL 60616 | |
| Midwest Global Food Distributors, LLC<br>c/o Michael A. Durlacher, Registered Agent<br>2 North La Salle Street, Ste. 1776<br>Chicago, IL 60602 | |

                                                s/ Mary Jean Fassett  
                                                Mary Jean Fassett